Ernst A. Weichbrodt, appellee, v. William Schlatter et al., defendants, on appeal of Eva Zischek, appellant, v. Ernst A. Weichbrodt and William Schlatter, appellees. Gen. No. 38,276.

Opinion filed November 12, 1935.

Arthur P. Feigen, for appellant; Albert J. Feigen, of counsel. George Gillette, Charles F. Grimes and Harrold, Quilici, Clementi & Murphy, for certain appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

City of Chicago, defendant in error, v. James Balanoff, plaintiff in error. Gen. No. 38,150.

Opinion filed November 12, 1935.

H. E. Baker, for plaintiff in error. William H. Sexton, Corporation Counsel, and Michael L. Rosinia, Prosecuting Attorney, for defendant in error; Mark J. McNamara, Chief Assistant City Prosecutor, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

City of Chicago, defendant in error, v. George Nickloff, plaintiff in error. Gen. No. 38,151.

Opinion filed November 12, 1935.

H. E. Baker, for plaintiff in error. William H. Sexton, Corporation Counsel, and Michael L. Rosinia, Prosecuting Attorney, for defendant in error; Mark J. McNamara, Chief Assistant City Prosecutor, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Timothy O'Connor, appellee, v. Glanz Mortgage Company, appellant. Gen. No. 38,165.

Opinion filed November 12, 1935. Rehearing denied November 26, 1935.

Jacob Levy, for appellant; Edward McTiernan, of counsel. Hayes & Remus, for appellee; Wm. J. Remus and George T. Madden, of counsel.

Mr. Justice Matchett delivered the opinion of the court.